# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1261
_____

ECD PROPERTIES, LLC,

    Appellant,

    v.

RICHARD OSTEEN and JUDY
OSTEEN, Individually; and
RICHARD OSTEEN and JUDY
OSTEEN as co-trustees of the
Richard D. Osteen and Judy A.
Osteen Joint Living Trust Dated
October 17, 2008,

    Appellees.

_____

On appeal from the County Court for Dixie County.
Mark E. Feagle, Judge.

December 9, 2025

PER CURIAM.

    AFFIRMED.

KELSEY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Kevin Kane Dixon of Kevin K. Dixon, P.A., Inverness, for Appellant.

No appearance for Appellees.